IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **HUNT CLEANERS, INC.,** a Nebraska corporation, | ) ) ) | |
| Plaintiff, | ) ) | 8:05CV253 |
| vs. | ) ) | ORDER |
| **HOYT CORPORATION,** a Massachusetts corporation, | ) ) ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiff's Motion to Compel (Filing No. 24) and Motion for Leave to Withdraw Motion to Compel (Filing No. 36). The plaintiff informs the court that the parties have resolved the issues raised by the motion. Upon consideration,

**IT IS ORDERED:**

1. The plaintiff's Motion to Compel (Filing No. 24) is denied as moot.

2. The plaintiff's Motion for Leave to Withdraw Motion to Compel (Filing No. 36) is granted.

DATED this 25th day of May, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge