IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

HUNT CLEANERS, INC.                                    CASE NO. 8:05-cv-00253
A Nebraska Corporation,

                    Plaintiff,

        v.                                           **JUDGMENT OF DISMISSAL**
                                                      **WITHOUT PREJUDICE**

HOYT CORPORATION,
A Massachusetts Corporation,

                    Defendant.


THIS MATTER came before the Court on the stipulation of the parties for the entry of an order of dismissal without prejudice.  The Court finds that an order should enter in accordance with the stipulation of the parties.

IT IS THEREFORE ORDERED that the motion to dismiss is granted and the above captioned action shall be, and hereby is, dismissed without prejudice and with each party to pay its own costs.

DATED:  February 16, 2007.


                        BY THE COURT:


                        s/ Joseph F. Bataillon_____
                        United States District Court

COPIES TO:

Attorneys for Plaintiff:

Thomas J. Culhane - #10859
ERICKSON | SEDERSTROM, P.C.
Regency Westpointe, Suite 100
10330 Regency Parkway Drive
Omaha, NE  68114-3761
Telephone:  (402) 397-2200
Facsimile:  (402) 390-7137
tculh@eslaw.com

and

Douglas A. Lange
ELLISON NIELSEN ZEHE & ANTAS, P.C.
100 West Monroe Street, 18th Floor
Chicago, IL  60603
Telephone:  (312) 322-9000
dlange@ellisonlaw.net


Attorneys for Defendant:

Gerald L. Friedrichsen - #15898
Andrew T. Schlosser - #22008
FITZGERALD SCHORR BARMETTLER
  & BRENNAN, P.C., L.L.O.
13220 California Street, Suite 400
Omaha, NE  68154-5228
Telephone:  (402) 342-1000
Facsimile:  (402) 342-1025
gfriedrichsen@fitzlaw.com
aschlosser@fitzlaw.com